From,
Todd Small
46412 Y and O Rd
East Liverpool, Ohio, 43920

05/22/2023

Dear Honorable Judge, John B.Bates

I am writing to provide a character reference for Jordan Bonenberger, whom I have known since January 2020. I am aware Mr.Bonenberger is appearing before you in court and would like to express my support for him.

I served on Active duty in the United States Marine Corps from August 2004 until August 2015 which I ultimately transferred to the Marine Corps Reserve in 2015. During my Active service I deployed multiple times, twice to Iraq where I served on a personal security detail for three generals, one of which went on to be the Commandant on the Marine Corps, General Robert Naylor. While in the USMC Reserves I also deployed in support of Operation Freedom Sentinel, Afghanistan in 2019 where I was Combat Meritoriously promoted to the rank of Gunnery Sergeant.

Upon my return I was assigned as the Senior Enlisted advisor of Detachment 3, Maintenance Company, CLB 453 in Vienna, Ohio. In January of 2020 I had the privilege to meet Lance Corporal Bonenberger.

As the senior enlisted advisor, I had multiple roles to fill, one of which was to ensure the unit maintained a high level of discipline and respect for themselves and others.

During his enlistment I can say without any reservation, that now Corporal Bonenberger exemplified what a fine example of a Marine should be. Being a reservist brings multiple challenges including completing tasks and spending a significant amount of "off time" completing required work. Corporal Bonenberger without hesitation would go above and beyond expectations to ensure mission accomplishment occurred throughout the month and to ensure his Marines were taken care of.

Corporal Bonenberger was in a unique situation while he had earned his college degree, he chose to stay enlisted were as he could have taken his degree to receive a commission to become an Officer. While some might not understand the impact of that decision, in my experience it has shown the individual Marines character. Corporal Bonenberger wanted to stay as a Non-Commissioned Officer to gain the experience and leadership skills prior to possibly commissioning. Corporal Bonenberger is a fair leader who shows compassion, integrity, and expects the same from his junior Marines and leadership.

I am fully aware of the incident that has caused Mr. Bonenberger to appear in front of your court. In our multiple conversations of the actions that lead up to this, he has taken full responsibility of what occurred. Jordan knows he is wrong and broke the law and with doing so there are repercussions to his actions. Since the incident occurred he has done everything that you would expect out of a young man, he has stayed out of trouble and been a productive member of his community. Prior to this incident I have not known of any other instances where he was involved with law enforcement. I truly feel this is an isolated instance and he is a man of good character and values.

Given the circumstances of this event I am certain Mr. Bonenberger has learned his lesson and will move on from this and continue to be a productive member of society. I would gladly serve with him in any combat or garrison environment in the future.

*Todd Small*